IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No.  75-cr-00029-RBJ

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.  ARCHIE K. BABSON,

    Defendant.

_____

**ORDER GRANTING MOTION TO DISMISS THE ARREST WARRANT IN THIS CASE**
_____

    **THIS MATTER** comes before the Court on the Government's referenced motion, and this Court, after having the opportunity to review this pleading, its file in this matter, and being otherwise fully advised in the premises, it is hereby:

    **ORDERED AND ADJUDGED** that the motion, for good cause shown, should be and is hereby **GRANTED.**

    Therefore, the arrest warrant in this case issued on January 18, 1977 is hereby **DISMISSED.**

    **DONE AND ORDERED** this 6th day of May, 2014.

                                      _____
                                      R. Brooke Jackson, District Judge
                                      U.S. District Court District of Colorado